JOSEPH ANCONA *v.* COMMISSIONER
OF CORRECTION
(AC 33677)

Lavine, Beach and Sheldon, Js.

Submitted on briefs January 11—officially released February 12, 2013

Per Curiam. The appeal is dismissed.

JUANA TORRES-SOTELO *v.* MACKEYBOY
AUTO, LLC, ET AL.
(AC 34370)

DiPentima, C. J., and Gruendel and Alvord, Js.

Submitted on briefs January 11—officially released February 12, 2013

Per Curiam. The judgment is affirmed.